

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

(FBI) FD # 1898964

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERT GLENN FORD | ) Case No. 2:10cr00083   SEALED |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT GLENN FORD,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1 et al:  T. 18, USC 1951 - Conspiracy to Commit Extortion Under Color of Official Right

Date:  05/07/2010

*Issuing officer's signature*

City and state:   Norfolk, Virginia            Judge Stillman, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/3/10, and the person was arrested on *(date)* 5/10/10
at *(city and state)* Norfolk, VA

Date:  5/10/10

FILED
MAY 10 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

Jared L. Hewitt, Special Agent
*Printed name and title*