IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
JUL - 2 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 2:10cr83

ROBERT GLENN FORD

### ORDER

Counsel for the defendant has filed an "Motion for Extension of Time" in which he requests an extension of the deadline for filing motions.

For good cause shown, the Motion is **GRANTED** and the deadline for filing motions is extended to July 19, 2010.

The Clerk is requested to send a copy of this Order to all counsel of record.

/s/ 

Jerome B. Friedman
United States District Judge

Norfolk, Virginia
July 2, 2010