# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V

CASE NUMBER: 2:10cr83

ROBERT GLENN FORD

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: **Warden**
**Indian Creek Correctional Center**
**801 Sanderson Road**
**Chesapeake, Virginia 23322**
**(757) 421-0095**

WE COMMAND YOU to surrender **DON COREY CARTER** detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The United States Marshal is directed to produce this subject before the United States District Court for the Eastern District of Virginia, 600 Granby Street, Norfolk, Virginia, 23510 on **October 19, 2010, at 9:45 a.m.** and at such other times as this Court may direct, to testify in the above case. The subject thereafter shall be returned forthwith by the United States Marshal to the above institution and custody.

WITNESS, the Honorable F. Bradford Stillman, United States Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 21st day of July, 2010.

FERNANDO GALINDO, CLERK

By: _[signature]_
Deputy Clerk