IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 2:10cr83

ROBERT GLENN FORD

DEFENDANT.

### ORDER

THIS DAY CAME the Defendant, Robert Glenn Ford, by counsel, and moved the Court for permission to travel outside of the Eastern District of Virginia and the Commonwealth of Virginia on Thursday, September 23, 2010.

UPON CONSIDERATION WHEREOF and for good cause shown and that the United States does not object, it is hereby **ADJUDGED, ORDERED** and **DECREED** that the request for said permission to travel outside of the Eastern District of Virginia and the Commonwealth of Virginia on Thursday, September 23, 2010 to Damascus, Maryland and return to the Eastern District of Virginia on September 23, 2010, is **GRANTED**.

All other conditions of the Defendant's bond shall remain in full force and effect.

**ENTERED** this ____ day of September, 2010

_____
**JUDGE**

**I ASK FOR THIS:**

LAWRENCE H, WOODWARD, JR.

_____/s/_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar #21756
Attorney for the Defendant,
  Robert Glenn Ford
Shuttleworth, Ruloff, Swain,
 Haddad & Morecock, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, Virginia  23452
Telephone Number:  (757) 671-6000
Facsimile Number:   (757) 671-6004
Email address: lwoodward@srgslaw.com

**SEEN AND AGREED:**

ALAN M. SALSBURY,

_____/s/_____
Alan M. Salsbury, Esquire
Assistant United States Attorney
Attorney for the United States
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Phone: 757/441-6331
Fax: 757/441-6689
Email address: alan.salsbury@usdoj.gov