REDACTED COPY

Verdict                                                                          Page 1

*United States District Court*
*Eastern District of Virginia*
*Norfolk Division*

```
┌─────────────────────────────┐
│            FILED            │
│        IN OPEN COURT        │
│                             │
│        OCT 27 2010          │
│                             │
│  CLERK, U.S. DISTRICT COURT │
│         NORFOLK, VA         │
└─────────────────────────────┘
```

**UNITED STATES OF AMERICA**

v.                                                    VERDICT

**ROBERT GLENN FORD**                 CASE NUMBER: **2:10cr83**

VERDICT FORM

WE, THE JURY, FIND **THE DEFENDANT ROBERT GLENN FORD:**

AS TO COUNT 1 ............................................  **GUILTY**
                                                            Not Guilty/Guilty

AS TO COUNT 2 ............................................  **GUILTY**
                                                            Not Guilty/Guilty

AS TO COUNT 3 ............................................  **NOT GUILTY**
                                                            Not Guilty/Guilty

AS TO COUNT 4 ............................................  **NOT GUILTY**
                                                            Not Guilty/Guilty

AS TO COUNT 5 ............................................  **GUILTY**
                                                            Not Guilty/Guilty

REDACTED COPY

_____          OCT 27, 2010
FOREPERSON'S SIGNATURE                          DATE